Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California   95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant Josue Garcia-Beltran

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> JOSUE GARCIA-BELTRAN, et al ) <br> ) <br> Defendant, ) <br> ) | Case No. 1:19-CR-00049-DAD-BAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM AUGUST 26, 2019 TO SEPTEMBER 23, 2019 |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD,

KATHERINE ENGLANDER SCHUH, A.U.S.A.; ALL COUNSEL ENTITLED TO

RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE

HONORABLE JUDGE BARBARA A. McAULIFFE PRESIDIING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through,

Attorney for plaintiff; Katherine Englander Schuh and Arturo Hernandez-M.,

Attorney for defendant Josue Garcia Beltran and Michael W. Berdinella, Attorney for

defendant Rafael Medina Labrada; that the Status Conference now set for August 26,

2019 be continued   any time be excluded from August 26, 2019 to September 23,

2019.

This request is made jointly by the government and defense in order to

accommodate Defense Counsel Arturo Hernandez-M who is unable to attend on August 26, 2019 due to a federal sentencing in Buffalo, New York in the matter of U.S. vs. Gerardo Ballardo; Case No: 15CR202-W. The discovery associated with this case includes investigative reports, audio and video recordings in the Spanish language, and photographs. All this discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendants desire additional time to review discovery in this matter, conduct investigation and research related to the charges, and to consult with their respective clients regarding potential resolution.

The parties agree that the interest of justice is served by granting this continuance and outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the parties agree that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded from August 26, 2019, up to and including September 23, 2019 at 1:00 p.m.

Respectfully submitted,

Date: August 21, 2019

/s/ Katherine Englander Schuh

KATHERINE ENGLANDER SCHUH
Attorney for Plaintiff, U.S.A.

Date: August 21, 2019

/s/ Arturo Hernandez -M
ARTURO HERNANDEZ-M
Attorney for Defendant
Josue Garcia-Beltran

Date: August 21, 2019

/s/ Michael W. Berdinella

MICHEAL W BERDINELLA
Attorney for Defendant
Rafael Medina Labrada

## **ORDER**

IT IS SO ORDERED that the 2nd Status Conference is continued from August 26, 2019 to **September 23, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **August 23, 2019**          /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE