1  Arturo Hernandez-M.
   LAW OFFICES OF ARTURO HERNANDEZ-M.
2  10050 Machado Lane
   San Jose, California 95127
3  Phone: (408) 729-5785
   Fax: (408) 729-0167
4  State Bar No. 108980

5  Attorney for Defendant Josue Garcia-Beltran

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8                        FRESNO DIVISION

9
   UNITED STATES OF AMERICA,         )   Case No. 1:19-CR-00049-DAD-BAM
10                                   )
                 Plaintiff,          )
11                                   )   STIPULATION AND
       v.                            )   ORDER TO CONTINUE
12                                   )   SENTENCING DATE OF
                                     )   DECEMBER 13, 2021 TO
13                                   )   FEBRUARY 28, 2021
                                     )
14                                   )
   JOSUE GARCIA-BELTRAN, et al       )
15                                   )
                 Defendant,          )
16 _____ )

17
   TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD,
18
   KATHERINE ENGLANDER SCHUH, A.U.S.A.; ALL COUNSEL ENTITLED TO
19
   RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE
20
   HONORABLE JUDGE DALE A. DROZD PRESIDIING IN SAID COURT:
21
22     **IT IS HEREBY STIPULATED** by and between the parties hereto through,
23
   Attorney for plaintiff; Katherine Englander Schuh and Arturo Hernandez-M.,
24
   Attorney for defendant Josue Garcia Beltran and Ross Micheli, United States
25
   Probation Officer that the Sentencing now set for December 13, 2021 to be continued
26
27 to February 28, 2022.   This request is made jointly by the government and defense to
28

accommodate Defense Counsel's Arturo Hernandez-M's request who needs more time to settle pending sentencing issues.

The parties agree that the interest of justice is served by granting this continuance and outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Date: December 6, 2021

/s/ Katherine Englander Schuh

KATHERINE ENGLANDER SCHUH
Attorney for Plaintiff, U.S.A.

Date: December 6, 2021

 /s/ Arturo Hernandez -M
ARTURO HERNANDEZ-M
Attorney for Defendant
Josue Garcia-Beltran

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 1:19-CR-00049-DAD-BAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| JOSUE GARCIA-BELTRAN, et al | ) | |

This is to certify that on the December 6, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Katherine Englander Schuh, A.U.S.A

Ross Micheli, US Probation


All Other Counsel entitled to notice by E-Notice in this case

/s/ Arturo Hernández-M.
_____
Declarant Arturo Hernandez-M.
Attorney for Defendant
Josue Garcia-Beltran

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and continues the sentencing hearing in this case from December 13, 2021, to February 28, 2022.

IT IS SO ORDERED.

Dated: **December 6, 2021**

UNITED STATES DISTRICT JUDGE