PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00049-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JOSUE GARCIA-BELTRAN, et al. | CURRENT DATE: March 8, 2022<br>TIME:<br>COURT: Hon. Dale A. Drozd |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through United States Attorney Phillip A. Talbert and Assistant Unites States Attorney Katherine E. Schuh, and defendant Josue Garcia-Beltran by and through defendant's counsel of record, Arturo M. Hernandez, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on March 8, 2022.

2. Counsel for the defendant recently proffered additional evidence to the government and Probation regarding the defendant's criminal history. Defense counsel wishes to continue the sentencing hearing to allow Probation to consider that additional evidence in the drafting of its Presentence Report.

3. The government does not object to the continuance.

4. The parties hereby stipulate to continue the sentencing to April 11, 2022 at 9:00 AM before the Honorable Dale A. Drozd.

5. The parties request that Probation accordingly reset the timelines for issuance of the

1

Presentence Report and filing of objections to allow for consideration of the new evidence set forth by defense counsel.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 23, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KATHERINE E. SCHUH<br>KATHERINE E. SCHUH<br>Assistant United States Attorney |
| Dated:  February 17, 2022 | /s/ ARTURO HERNANDEZ<br>ARTURO HERNANDEZ<br>Counsel for Defendant JOSUE<br>GARCIA-BELTRAN |

\\\

\\\

## ORDER

Pursuant to the parties' stipulation, sentencing in this case is continued from March 8, 2022 to April 11, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 23, 2022**                                    _Dale A. Drozd_
                                                                                    UNITED STATES DISTRICT JUDGE

2