# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Josue Garcia-Beltran | ) ) ) ) ) ) | Case No: 1:19-cr-00049-DAD-BAM-1<br>USM No: 78059-097 |
| Date of Original Judgment: 04/12/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | | Peggy Sasso<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____108_____ months **is reduced to** _____97 months_____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____04/18/2022_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 5, 2024

*Dale A. Drozd*
*Judge's signature*

Effective Date: Up to 10 days from the date of this Judgment
*(if different from order date)*

Dale A. Drozd, District Court Judge
*Printed name and title*